Report Date:  December 14, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dominique Marie Ryan      Case Number: 0980 2:15CR00030-WFN-2

Address of Offender: ███████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 30, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 |
| Original Sentence: | Prison 173 days; TSR - 36 days |
| Asst. U.S. Attorney: | Scott Jones |
| Defense Attorney: | Roger James Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 30, 2015

Date Supervision Expires: June 29, 2018

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   1    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On August 20, 2015, Dominique Ryan signed her judgment for case number 2:15CR00030-WFN-2, indicating she understood all conditions ordered by the Court.  Specifically, Ms. Ryan was made aware by her U.S. probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

        On December 14, 2017, Dominique Ryan admitted to the undersigned officer that she consumed methamphetamine between the dates of December 10 through 12, 2017.

        Ms. Ryan also violated the terms of her supervised release by failing to report as directed to submit to urine testing on December 13, 2017.

Prob12C
Re: Ryan, Dominique Marie
December 14, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/14/2017

Date